[No. 44837-4-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND WRIGHT, JR., *Defendant*, SHAWN ALLEN BLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08557-2, Anthony P. Wartnik, J., entered May 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44917-6-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS SAVOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00146-1, John M. Darrah, J., entered June 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18012-3-III.    Division Three.    March 28, 2000.]

*In the Matter of the Marriage of* MARCY J. GRIGSBY, *Respondent*, and GEORGE LATHROP, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-3-00219-0, Yancey Reser, J., entered October 8, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 18319-0-III.    Division Three.    March 28, 2000.]

*In the Matter of the Marriage of* LILA L. BARNETT, *Respondent*, and CHARLES W. BARNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-3-00569-6, Heather K. Van Nuys, J., entered February 12, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.